## DAVID BJORKLUND *v.* COMMISSIONER OF CORRECTION
### (AC 28011)

Bishop, Robinson and Lavery, Js.

Argued May 22—officially released June 17, 2008

Per Curiam. The judgment is affirmed.

## JAMES PINDER *v.* COMMISSIONER OF CORRECTION
### (AC 28768)

DiPentima, McLachlan and Peters, Js.

Argued May 23—officially released June 17, 2008

Per Curiam. The judgment is affirmed.

## CHRISTOPHER J. LEWIS *v.* COMMISSIONER OF CORRECTION
### (AC 27777)

Flynn, C. J., and DiPentima and Dupont, Js.

Argued May 27—officially released June 17, 2008

Per Curiam. The appeal is dismissed.